SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
CHRISTOPHER CARDANI
Christopher.Cardani@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902
Telephone:  (503) 727-1000
Attorneys for the United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**$119,760.00 U.S. CURRENCY,** *in rem*,<br><br>    **Defendant.** | 1:21-mc-623<br><br>**UNOPPOSED MOTION TO EXTEND 90-DAY PERIOD PURSUANT TO 18 U.S.C. § 983(a)(3)(A)** |

Pursuant to Local Rule 7-1, counsel for the United States certifies that I have contacted Ron Howen, attorney for claimant Ryan Metters, who concurs with this extension.

On March 16, 2021, Ryan Metters filed a claim in a non-judicial civil forfeiture proceeding by the U.S. Customs and Border Protection to $119,760.00 U.S. Currency seized from Ryan Metters on or about December 15, 2020.

No other person filed a claim in the administrative forfeiture proceeding.

As provided in 18 U.S.C. § 983(a)(3)(A), the United States and Ryan Metters, agree to extend the time in which the United States will file a complaint for forfeiture against the

$119,760.00 U.S. Currency or to obtain an indictment alleging that the assets are subject to forfeiture. Ryan Metters agrees that the deadline by which the United States shall be required to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture shall be extended to Friday, August 13, 2021.

Ryan Metters agrees that until the United States files a complaint for forfeiture against the assets and/or obtains an indictment alleging that the assets are subject to forfeiture, or until August 13, 2021, or until the parties reach a settlement regarding the property, whichever occurs first, the property shall remain in the custody of the United States and Ryan Metters shall not seek its return for any reason in any manner.

DATED: **May 26, 2021**              Respectfully submitted,

                                                                            SCOTT ERIK ASPHAUG
                                                                            Acting United States Attorney

                                                                            *s/ Christopher Cardani*
                                                                            **CHRISTOPHER CARDANI**
                                                                            Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that I have made service of the foregoing Motion to Extend 90-Day Period and a proposed Order on the party herein by sending via email on May 26, 2021 to:

Ron Howen
RonHowen@ddqfarms.com
  Attorney for claimant Ryan Metters

*s/ Dawn Susuico*
DAWN SUSUICO
Paralegal